UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**MORRIS & DICKSON CO., LLC**          **CIVIL ACTION NO. 5:23-cv-992**

**VERSUS**

**UNITED STATES DEPARTMENT OF
JUSTICE and UNITED STATES DRUG**       **JUDGE S. MAURICE HICKS, JR.**
**ENFORCEMENT ADMINISTRATION**         **MAGISTRATE MARK L. HORNSBY**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties voluntarily dismiss this case with prejudice.

Dated: January 25, 2024                          Respectfully submitted,

By: */s/ Frank H. Spruiell*                      By: */s/ Jim Walden*
Frank H. Spruiell, Jr., La. Bar No. 1611         Jim Walden (admitted *pro hac vice*)
Reid A. Jones, La. Bar No. 34611                 John F. Curran (admitted *pro hac vice*)
WIENER, WEISS & MADISON                          Veronica M. Wayner (admitted *pro hac vice*)
A Professional Corporation                       James W. Meehan (admitted *pro hac vice*)
333 Texas Street, Suite 2350 (71101)             WALDEN MACHT & HARAN LLP
P.O. Box. 21990                                  250 Vesey Street, 27th Floor
Shreveport, Louisiana 71120-1990                 New York, NY 10281
Telephone: (318) 226-9100                        Telephone: (212) 335-2030
Facsimile: (318) 424-5128                        Facsimile: (212) 335-2040
Email: fspruiell@wwmlaw.com
Email: rjones@wwmlaw.com

*Counsel for Morris & Dickson Co., LLC*

BRANDON B. BROWN
United States Attorney

*/s/ Shannon T. Brown*
SHANNON T. BROWN
Assistant United States Attorney
U.S. Attorney's Office
Western District of Louisiana
300 Fannin St., Suite 3201
Shreveport, LA 71101
Tel: (318) 676-3642
Shannon.brown@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura B. Bakst*
LAURA B. BAKST
Trial Attorney
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-3183
Laura.b.bakst@usdoj.gov

*Counsel for Defendants U.S. Department of Justice*
*and U.S. Drug Enforcement Administration*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following:

>Laura Bakst
>U.S. Department of Justice
>1100 L Street NW
>Washington, D.C. 20005
>Tel: (202) 514-3183
>Laura.b.bakst@usdoj.gov
>
>Shannon Thornhill Brown
>U.S. Attorney's Office
>Western District of Louisiana
>300 Fannin St., Suite 3201
>Shreveport, LA 71101
>Tel: (318) 676-3642
>Shannon.brown@usdoj.gov

by depositing same in the United States Mail properly addressed and with sufficient postage affixed and/or by electronic mail and/or by electronic notice.

Shreveport, Louisiana, on January 25, 2024.

                                                        */s/ Jim Walden*
                                                            Jim Walden